UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-00423-CR-HUCK

UNITED STATES OF AMERICA

v.

KARL BERNARD BELL,

        Defendant.
_____/

FILED BY ___ D.C.
OCT 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO PUT CASE IN ABEYANCE, OR ALTERNATIVELY, A SIXTY DAY EXTENSION OF TIME TO FILE HIS REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR COMPASSIONATE RELEASE (DE 261)

COMES Defendant, Karl Bernard Bell ("Bell"), appearing *pro se*, and files his Motion to Put Case in Abeyance, or Alternatively, a Sixty Day Extension of Time to File Reply to Government's Response to Motion for Compassionate Release, and would show as follows:

### I. Preliminary Statement

As a preliminary matter, Bell respectfully requests that this Court be mindful that *pro se* complaints are to be held "to less stringent standards than formal pleadings drafted by lawyers," and should therefore be liberally construed. *Caldwell v. Warden*, 748 F.3d 1090 (11th Cir. 2014); *Estelle v. Gamble*, 429 U.S. 97 (1976)(same); and *Haines v. Kerner*, 404 U.S. 519 (1972)(same).

### II. Reason for Extension

The Court issued an Order on August 27, 2021, in this case stating that Bell was to file a reply to the Government's response by Monday, September 27, 2021. However, Bell has just received the Court's Order in the prison mail because he has been in transit and has just reached his new federal facility at FCI Oakdale I. During the time that he was in transit, he was first in put in quarantine for two weeks and was not allowed to receive mail; next he was moved to Atlanta's USP

Holding Facility and did not receive any mail; and finally, he reached FCI Oakdale I where he is still waiting to receive his property including his legal materials. Further, due to the Covid-19/Delta virus pandemic, there is very limited access to the law library at FCI Oakdale I. Finally, the government's Response is twenty-seven (27) pages in length. In light of the above, Bell seeks that the Court put his case into abeyance or grant a sixty (60) continuance so that he can obtain his property and legal materials and get access to the law library to research, draft and complete his reply to the government's response.

WHEREFORE, premises considered, Bell prays that the Court grant this motion and either put his case in abeyance, or grant a sixty (60) extension of time, up to and including December 7, 2021, to file his reply to the government's response.

Respectfully submitted,

KARL BERNARD BELL
REG. NO. 67340-004
FCI OAKDALE I
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
OAKDALE, LA  71463

**CERTIFICATE OF SERVICE**

I hereby ceritfy that on October 8, 2021, a true and correct copy of the above and foregoing Motion to Put Case in Abeyance, or Alternatively, a Sixty Day Extension of Time to File Reply to Government's Response to Motion for Compassionate Release (DE 261) was sent via First Class U. S. Mail, postage prepaid to Alicia E. Shick, Assistant United States Attorney at U. S. Attorneys Office, 500 East Broward Blvd., Suite 700, Fort Lauderdale FL 33394.

KARL BERNARD BELL

FROM:

KARL BERNARD BELL
REG. NO. 67340-004
FCI OAKDALE I
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463

TO:

Ms. Angela E. Noble
Clerk of Court
U.S. District Court
Southern District of Florida
Miami Division
400 North Miami Avenue, Room 8
Miami, FL 33128

U.S. POSTAGE PAID
PM 2-DAY
HOUSTON, TX
77070
OCT 08, 21
AMOUNT
$8.70
R2305K131284-10

33128

UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL

PRESS FIRMLY TO SEAL    PRESS

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 10/12/21

USPS TRACKING® #

9505 5104 4801 1281 5056 06

PS00001000014